UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JEREMIAH PEDIGO, et al., | ) |
| | ) |
| v. | ) NO. 2:10-0028 |
| | ) JUDGE SHARP |
| BARR-NUNN TRANSPORTATION, | ) |
| et al., | ) |

## ORDER

The final pretrial conference scheduled for May 21, 2011 is hereby rescheduled for June 4, 2012 at 1:00 p.m. at the U.S. Courthouse in Cookeville, Tennessee. The trial remains set for June 12, 2012 in Cookeville.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

1